UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**GEOFFREY DEAN BROWN;**

        **Plaintiff,**

   v.

**SHEILA McBAIN, individually; SHEILA POOLE, individually; CHRISTINE MOLINARI, individually; DONNA MARKESSINIS, individually; STEVE SCHAEFFER, individually and in his official capacity; BRIAN KIRLEY, individually and in his official capacity; MELANIE A. DEFAZIO, individually and in her official capacity; ONEIDA COUNTY;**

        **Defendants.**

**STIPULATION OF DISMISSAL**

Civil Action Number:
6:19-cv-278 (GTS/ATB)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for **PLAINTIFF GEOFFREY DEAN BROWN** and **DEFENDANTS STEVE SCHAEFFER, BRIAN KIRLEY, MELANIE A. DEFAZIO and ONEIDA COUNTY**, pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is **discontinued and dismissed with prejudice**, each party to bear its own costs, including but not limited to attorneys fees.  This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: October 12, 2021

/s/ *Zachary C. Oren*
Zachary C. Oren, Esq.
*Attorney for Plaintiffs*
Federal Bar Roll Number 603001
401 Rutger Street
Utica, NY 13501
Cell: (570) 441-8818
Email: z.c.oren@gmail.com

Dated: October  13 , 2021

*Michael D. Callan*
Michael D. Callan, Esq.
*Attorney for County Defendants*
Federal Bar Roll Number 516276
Saunders, Kahler Law Firm
185 Genesee Street
Suite 1400
Utica, New York 13501
Telephone: 315-733-0419.
Fax: 315-724-8522
Email: mcallan@saunderskahler.com

IT IS SO ORDERED:

*Glenn T. Suddaby*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: October 13, 2021